UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

ESSENCE JORDAN RIVIERE,

                Plaintiff,

   -against-                                  1:10-CV-605 (LEK/RFT)

DAVID M. STEINER, *Education Comm'r*;
BETHLEHEM CITY TOWN CLERK;
DAVID J. SWARTS,

                Defendants.

## DECISION AND ORDER

This matter comes before the Court following a Report-Recommendation filed on June 24, 2010, by the Honorable Randolph F. Treece, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and L.R. 72.3(c) of the Northern District of New York. Report-Rec. (Dkt. No. 4).

Within fourteen days after a party has been served with a copy of a Magistrate Judge's Report-Recommendation, the party "may serve and file specific, written objections to the proposed findings and recommendations," FED. R. CIV. P. 72(b), in compliance with L.R. 72.1. No objections have been raised in the allotted time with respect to Judge Treece's Report-Recommendation. Furthermore, after examining the record, the Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice.

Accordingly, it is hereby

**ORDERED**, that the Report-Recommendation (Dkt. No. 4) is **APPROVED** and **ADOPTED** in its **ENTIRETY**; and it is further

**ORDERED**, that the Plaintiff's Motion to proceed *in forma pauperis* (Dkt. No. 2) is

1

**GRANTED**; and it is further

  **ORDERED**, that the Plaintiff's Complaint (Dkt. No. 1) is **DISMISSED** without prejudice for failure to state a claim; and it is further

  **ORDERED**, that the Clerk serve a copy of this Order on all parties.

  **IT IS SO ORDERED**.

DATED:  July 13, 2010
      Albany, New York

            _____
            Lawrence E. Kahn
            U.S. District Judge